UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MELVIN DELGADO-LORENZANA, ) No. 5:26-cv-03550-JDE

Petitioner,

)

v. ) JUDGMENT

FERETI SEMAIA, et al.,

Respondents.

Pursuant to the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

(1) The Petition is GRANTED, in part, with Respondents ORDERED to:

a. within seven (7) days from the date hereof provide Petitioner Melvin Delgado-Lorenzana (A# 246 060 818) an individualized Rodriguez bond hearing at which Respondents shall bear the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community, with instructions that the immigration judge provide a written, reasoned decision if bond is denied; and

b.  if no such hearing is provided as set forth above within seven (7) days, Respondents shall release Petitioner from custody subject only to such minimally restrictive conditions, if any, as necessary to reasonably assure Petitioner's appearance at future immigration proceeding and the safety of the community; and

(2)   The Petition is DENIED in all other respects.

Dated: July 10, 2026 _____   _____

JOHN D. EARLY
United States Magistrate Judge

2